# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: ESTATE OF SOPHIA M. KRASINSKI, A/K/A SOPHIA KRASINSKI A/K/A SOFIA KRASINSKY, LATE OF MORRISDALE, (COOPER TOWNSHIP) CLEARFIELD COUNTY, PENNSYLVANIA DECEASED ON 11/04/06 | : : : : : : | No. 259 WAL 2018

Cross Petition for Allowance of Appeal from the Order of the Superior Court |
| | : : : | |
| PETITION OF: SOPHIA KRASINSKI AND EDWARD KRASINSKI | : : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of December, 2018, the Cross Petition for Allowance of Appeal is **DENIED**. The Application for Relief as to Cross Petition for Allowance of Appeal is denied as moot.